**Kathryn Floyd CAUSEY,
Plaintiff—Appellant,**

v.

**Coleman RANDALL, Human Resources Manager; City of Myrtle Beach SC, Defendants—Appellees.**

No. 04–2339.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 10, 2005.

Decided: May 12, 2005.

Kathryn Floyd Causey, Appellant pro se.

Vance J. Bettis, Reyburn Williams Lominack, III, Gignilliat, Savitz & Bettis, Columbia, South Carolina, for Appellees.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kathryn Floyd Causey appeals the magistrate judge's order denying relief without prejudice in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge.* *See Causey v. Randall,* No. CA–03–1068 (D.S.C. Sept. 30, 2004). Causey's motion for preparation of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to proceed before the magistrate judge under 28 U.S.C. § 636(c) (2000).